No. 11-7047. Gary Lee, Petitioner v. Texas Department of Family and Protective Services.

565 U.S. 1122, 132 S. Ct. 1022, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 133.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

No. 11-7048. Lincoln Keith, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1122, 132 S. Ct. 1022, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 188.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7050. Brian C. Avery, Petitioner v. Florida.

565 U.S. 1122, 132 S. Ct. 1022, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 317.

January 9, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 67 So. 3d 202.

No. 11-7051. Vinod Patel, Petitioner v. Daniel Martuscello, Superintendent, Coxsackie Correctional Facility.

565 U.S. 1122, 132 S. Ct. 1022, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 185.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-7055. Eric Flores, Petitioner v. El Paso Police Department, et al.

565 U.S. 1122, 132 S. Ct. 1023, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 294.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7059. Genghis Kahn A. Stevenson, Petitioner v. California.

565 U.S. 1122, 132 S. Ct. 1023, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 170.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 11-7061. James R. Smith, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.

565 U.S. 1122, 132 S. Ct. 1023, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 182.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-7063. George Herman Ruth, Jr., Petitioner v. United States.

565 U.S. 1122, 132 S. Ct. 1023, 181 L. Ed. 2d 754, 2012 U.S. LEXIS 126,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 439.